UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YSMAEL MALDONADO,

                Plaintiff,

-against-

THE CITY OF NEW YORK,
DR. SHABANG - RNDC,
CORIZON MEDICAL DEPT.,
NYC HEALTH SERVICES,

                Defendants.
------------------------------------------------------------X

115-CV-6619 (PKC) (LB)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that, the undersigned attorney hereby appears as trial counsel for defendant, CITY OF NEW YORK, in the above-captioned matter, and hereby requests that copies of all papers, pleadings, and notices be served upon her at the address set forth below. The undersigned attorney hereby certifies that she is admitted to practice in this Court.

Dated: New York, New York
       December 23, 2015

                                          Respectfully Submitted,

                                          By: _____
                                               ANA MARIA VIZZO (AV 5647)
                                               HEIDELL, PITTONI, MURPHY & BACH, LLP
                                               *Attorneys for Defendant*
                                               CITY OF NEW YORK
                                               99 Park Avenue
                                               New York, New York 10016
                                               Tel: (212) 286-8585
                                               Fax: (212) 490-8966
                                               avizzo@hpmb.com

1456242.1

TO: **VIA CERTIFIED MAIL/RETURN RECEIPT REQUESTED AND REGULAR MAIL**

Ysmael Maldonado
Plaintiff, *pro se*
349-14-16393
Robert N. Davoren Center
11-11 Hazen Street
East Elmhurst, New York 11370

1456242.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ): ss.:
COUNTY OF NEW YORK )

**JACLYN MISITA** being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and is employed at HEIDELL, PITTONI, MURPHY & BACH, LLP.

On **December 23, 2015**, deponent served the within **NOTICE OF APPEARANCE** upon the following attorney(s) at the address(es) designated by said attorney(s) for that purpose by delivering a true copy of same enclosed via **CERTIFIED MAIL/RETURN RECEIPT REQUESTED** in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO: **By Certified Mail Return Receipt Requested**
**U.S. Postal Service Article No.: 7014 1820 0001 2552 6800**

Ysmael Maldonado
Plaintiff, *pro se*
349-14-16393
Robert N. Davoren Center
11-11 Hazen Street
East Elmhurst, New York 11370

_____
**JACLYN MISITA**

Sworn to before me this
23 day of December 2015

_____
**NOTARY PUBLIC**

MYRZA S. GARCIA
Notary Public, State of New York
No. 01GA4235570
Qualified in Bronx County
Commission Expires Dec. 12, 2018

1456250.1