

**ATTORNEYS AT LAW**

99 PARK AVENUE NEW YORK, NY 10016-1601
TEL: 212-286-8585 FAX: 212-490-8966
WWW.HPMB.COM

**Doreen Dufficy**
Associate
ddufficy@hpmb.com

January 27, 2015

**VIA ECF**

Hon. Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Ysmael Maldonado v. The City of New York, Dr. Shabang - RNDC, Corizon Medical Dept., NYC Health Services
Docket No.: 15-CV-6619 (PKC) (LB)
Our File No.: 611-3237

Dear Judge Bloom:

Our law firm was assigned as trial counsel for defendants The City of New York, Morsi Shaaban, M.D. s/h/a Dr. Shabang - RNDC, and Corizon Health, Inc. s/h/a Corizon Medical Dept. in the above-captioned matter.

Pursuant to Your Honor's November 25, 2015 Order requesting the full name and proper service address for "Dr. Shabang," we have been advised that Morsi Shaaban, M.D.'s proper service address is Physician Affiliate Group of New York, Human Resource Office, located 49-04 19th Avenue, Astoria, NY 11105.

Respectfully submitted,

Doreen Dufficy

DD:is

HEIDELL, PITTONI, MURPHY & BACH, LLP

NEW YORK | CONNECTICUT | WESTCHESTER | LONG ISLAND

1466993.1

Hon. Lois Bloom
Re: Maldonado v. The City of New York, et al.
January 27, 2016
Page -2-



cc: <u>**Via Certified mail Return Receipt Requested**</u>

Ysmael Maldonado
349-14-16393
Robert N. Davoren Center
11-11 Hazen Street
East Elmhurst, New York 11370

1466993.1