UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
YSMAEL MALDONADO,

                    Plaintiff,

    -against-

THE CITY OF NEW YORK,
MORSI SHAABAN, M.D.,
CORIZON MEDICAL DEPT.,
NYC HEALTH SERVICES,

                    Defendants.
-------------------------------------------------------------------X

**ORDER**
**15 CV 6619 (PKC)(LB)**

**BLOOM, United States Magistrate Judge:**

      The Court held an initial pretrial conference by telephone in *pro se* plaintiff's civil rights action on February 25, 2016. Defendants' request to move to dismiss plaintiff's complaint shall be marked withdrawn without prejudice. The Court granted plaintiff's request for *pro bono* counsel pursuant to 28 U.S.C. § 1915(e)(1). (ECF Nos. 15, 25.) Plaintiff is advised that the Court cannot require an attorney to take a civil case without a fee. <u>Mallard v. United States District Court</u>, 490 U.S. 296 (1989). Rather, the Court may only request that an attorney volunteer to represent plaintiff on a *pro bono* basis. Plaintiff should cooperate with any attorney who contacts him. Defendants' response to plaintiff's complaint is stayed pending the search for *pro bono* counsel.

      As discussed on the record, by March 3, 2016, defendants' counsel shall mail plaintiff medical releases in English and Spanish to obtain plaintiff's medical records from Rikers Island and Bellevue Hospital. Plaintiff shall promptly sign these releases and mail them to defendants' counsel. Defendants' counsel shall produce a copy of the records to plaintiff and the Court by April 11, 2016.

The Court shall schedule another conference in this matter when *pro bono* counsel is found for plaintiff.

SO ORDERED.

_____/S/_____
LOIS BLOOM
United States Magistrate Judge

Dated: February 29, 2016
        Brooklyn, New York