UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

YSMAEL MALDONADO,

                Plaintiff,

vs.

THE CITY OF NEW YORK, et. al.

                Defendants.

Case No. 1:15-cv-6619

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, the above-captioned litigation was filed on November 17, 2015;

WHEREAS, pro se plaintiff Ysmael Maldonado obtained pro bono counsel on May 24, 2016;

NOW THEREFORE, it is hereby stipulated and agreed by the parties to this action, by and through their undersigned counsel, as follows:

1. Plaintiff shall file an Amended Complaint by July 22, 2016;

2. The parties will thereafter confer and set a schedule for Defendants' time to answer, plead, or otherwise respond.

IT IS SO STIPULATED.

Dated: ~~June~~ July 8, 2016

HEIDELL, PITTONI, MURPHY & BACH, LLP

_____
Ana Maria Vizzo
99 Park Avenue
New York, New York 10016
Tel: (212) 286-8585
Fax: (212) 490-8966
avizzo@hmpb.com

*Attorneys for Defendants*

1546501.1

DECHERT LLP

_____
Mauricio Espana
Phillip Spinella
1095 Avenue of the Americas
New York, NY 10023
Telephone: 212.698.3500
Facsimile: 212.698.0609

*Attorneys for Plaintiffs*

\* \* \*
**ORDER**

IT IS SO ORDERED

Dated: _____                    _____
                                             U.S. District Court Judge

2

1546501.1