UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

YSMAEL MALDONADO,

                    Plaintiff,

-against-

CORIZON HEALTH, INC., RUEL HUFFSTEAD,
DR. FRANK FLORES, DR. PETER WACHTEL,
DR. RAJA SABBAGH, CURT WALKER, LYNN
DEVIVO, ROSE ANIM, DR. JEAN RICHARD,
IDA BROWN, DR. ASHA KUMAR, DR.
MAUNG MAUNGOO, DANIEL ASHITEY, and
DR. MORSI SHAABAN

                    Defendants.

-----------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**
Civil Action No. 15-cv-6619-PKC-LB

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF QUEENS     )

Andrew Bartley, being duly sworn, deposes and says that Deponent is not a party to this action, and is over 18 years of age, and is a resident of the State of New York.

On October 6, 2016, at approximately 2:10 p.m., at NY Health and Hospital Corporation (HHC), Human Resource Offices located at 49-04 19th Avenue, First Floor, Astoria, NY, Deponent served the Summons in a Civil Action, Amended Complaint, and Certificate of Merit Pursuant to C.P.L.R. 3012-a(a)(1) upon **PETER WACHTEL, M.D.,** by delivering to and leaving with Marella Lowe, Assistant Director of Medical Records, a true and correct copy of said documents. At the time of Service, Marella Lowe stated that she was authorized to accept service of legal documents for Peter Wachtel, M.D.,

Marella Lowe is described as a Black female, approximately 37-44 years of age, 180-190 lbs., 5'8" tall, with short black hair.

Deponent also states that on October 11, 2016, Deponent served a copy of the aforementioned document upon Peter Wachtel, M.D by depositing a true and correct copy thereof, enclosed in a securely sealed, fully postpaid, First Class Mail envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed as follows:

    Peter Wachtel, M.D.,
    NY Health and Hospital Corporation (HHC),
    Human Resource Office,
    49-04 19th Avenue, First Floor
    Astoria, NY 11105.

Deponent further states that the envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerns an action against the addressee.

                                                                     Andrew Bartley

Sworn to before me this
22nd day of October, 2016

_____
Notary Public

*Karlene S. Jackson, Notary Public*
*State of New York, #01JA5083169*
*Qualified in Queens County*
*Commission Expires November 17, 2017*