UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

YSMAEL MALDONADO,  15-CV-6619 (LB)

                Plaintiff,

                                                                 **STATEMENT NOTING**

   -against-                                                   **DEATH OF LYNN DEVIVO**

CORIZON HEALTH, INC., RUEL HUFFSTEAD, DR.
FRANK FLORES, DR. PETER WACHTEL, DR. RAJA
SABBAGH, CURT WALKER, LYNN DEVIVO, ROSE
ANIM, DR. JEAN RICHARD, IDA BROWN, DR.
ASHA KUMAR, DR. MAUNG MAUNGOO, DANIEL
ASHITEY, AND DR. MORSI SHAABAN

                Defendants.
-------------------------------------------------------------------X

        Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Tucker C. Kramer, Esq., notes on the record in this action, the death of named defendant Lynn Devivo.

Dated: New York, New York
         December 28, 2016

                                              Yours, etc.

                                              HEIDELL, PITTONI, MURPHY & BACH, LLP

                                 By: _____
                                          TUCKER C. KRAMER (TK6868)
                                          Attorneys for Defendants
                                          CORIZON HEALTH, INC., RUEL
                                          HUFFSTEAD, CURT WALKER, P.A.,
                                          s/h/a "CURT WALKER", ROSE ANIM,
                                          P.A., s/h/a "ROSE ANIM", JEAN
                                          RICHARD, M.D., s/h/a "DR. JEAN
                                          RICHARD", IDA BROWN, P.A., s/h/a
                                          "IDA BROWN", ASHA KUMAR, M.D.,
                                          s/h/a "DR. ASHA KUMAR", MAUNG
                                          MAUNGOO, M.D., s/h/a "DR. MAUNG
                                          MAUNGOO", DANIEL ASHITEY, P.A.,

1623831.1

s/h/a "DANIEL ASHITEY", and MORSI SHAABAN, M.D., s/h/a "DR. MORSI SHAABAN",
Office & P.O. Address
99 Park Avenue
New York, New York 10016
Tel: (212) 286-8585
Fax: (212) 490-8966
tkramer@hpmb.com

TO: **VIA ECF AND REGULAR MAIL**

John Domenic Biancamano
Dechert LLP
Attorneys for Plaintiff
1095 Avenue of the Americas
New York, New York 10036
Email: john.biancamano@dechert.com

Charles E. Kutner
Kutner Friedrich, LLP
Attorneys for Dr. Peter Wachtel
and Dr. Frank Flores
950 Third Avenue
11th Floor
New York, NY 10022
(212)308-0210
Email: ckutneresq@gmail.com

Cristina Michele LaMarca
Kaufman Borgeest & Ryan LLP
Attorneys for Dr. Raja Sabbagh
120 Broadway
14th Floor
New York, NY 10271
Email: clamarca@kbrlaw.com

1623831.1